IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:15-MJ-139 |
| ) | |
| HANAN AL SHARAF ) | |

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS

Upon consideration of the defendant Hanan Al Sharaf's Unopposed Motion to Modify Release Conditions, the Court hereby GRANTS the Motion and ORDERS as follows:

All the conditions in the original Release Order, dated March 9, 2015, shall remain in effect. Paragraph 7 of the conditions of release stated in that Order shall be and hereby is MODIFIED and now provides as follows:

Defendant may leave her home for medical and legal appointments, court appearances, religious services, and attendance at her children's school functions, all of which must be pre-approved by Pretrial Services. In addition, defendant may leave her home on weekdays from 3:00 p.m. to 7:30 p.m. and on Saturdays and Sundays from 2:00 p.m. to 8:00 p.m. in order to go grocery shopping, run errands, and drive her children to their activities and appointments. These trips shall be confined to the local Washington, D.C. metropolitan area and shall not exceed 40 miles from her home. Defendant shall remain on electronic monitoring and notify Pretrial Services before she leaves the home each day and again when she returns.

Defendant's passport and the passports of her children shall continue to be surrendered to the government. The $100,000 cash bond previously imposed shall remain in place.

The Court finds that these conditions of release will "reasonably assure the appearance of the person as required and the safety of any other person or the community." 18 U.S.C. §3142(g).

Accordingly, the defendant's conditions of release are MODIFIED as stated above.

_____
Date: April 7, 2015

_____
Magistrate Judge
**Deborah A. Robinson**
**United States Magistrate Judge**