IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Crim. No. 1:15-MJ-139 |
| | ) |
| **HANAN AL SHARAF** | ) |
| | ) |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS

COMES NOW defendant Hanan Al Sharaf, through counsel, and hereby responds to the government's Motion to Dismiss filed under Rule 48(a), Federal Rules of Criminal Procedure.

For obvious reasons, the defendant does not oppose the dismissal of the criminal complaint.  But the government's motion goes further than simply seeking a dismissal; it alleges over several pages that Ms. Al Sharaf was actually involved in the embezzlement and conspiracy alleged in the complaint.  So that the record is clear, Ms. Al Sharaf has steadfastly maintained her innocence throughout the pendency of this case and continues to do so.  The assertions in the government's motion are mere allegations and have not been proven in a court of law.

If the case is dismissed, Ms. Al Sharaf intends to return to Kuwait as soon as she can make flight arrangements for her and her young children.  Indeed she planned to return there at the end of the children's school year in 2015 but was prevented from doing so due to the pendency of this case.  The criminal complaint was filed in March 2015 and the period since then has been very difficult for Ms. Al Sharaf.  She has been solely responsible for the care of her four children while living far from her home country under the pressure of this case and the attendant restrictions on her liberty imposed as conditions of release.  Her husband lives and works in Kuwait and she wants to return to be with him and the rest of her family there.  Upon

returning, she will respond to whatever questions the Kuwaiti government may have regarding her knowledge of the embezzlement that occurred in the Health Office in Washington, DC.  She will again maintain her innocence of any criminal conduct.

Defendant agrees that the dismissal of this case is in the interests of justice.

Dated:  July 27, 2016

                                        Respectfully submitted,

                                        /s/  Terence J. Lynam
                                        Terence J. Lynam (No. 253872)
                                        Stanley E. Woodward, Jr. (No. 997320)
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        1333 New Hampshire Avenue, N.W.
                                        Washington, DC  20036
                                        (202) 887-4000 (telephone)
                                        (202) 887-4288 (facsimile)
                                        Email: tlynam@akingump.com
                                        sewoodward@akingump.com

                                        *Counsel for Hanan Al Sharaf*

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of July, 2016, I have served a copy of the foregoing document electronically and/or by placing a copy of the same in the U.S. Mail addressed as follows:

>Marie Dalton, Esq.
>Stephen A. Gibbons, Esq.
>United States Department of Justice
>Asset Forfeiture and Money Laundering
>1400 New York Avenue, N.W., Suite 500
>Washington, DC  20005

>/s/  *Terence J. Lynam*
>
>Terence J. Lynam (No. 253872)
>
>AKIN GUMP STRAUSS HAUER & FELD, LLP
>1333 New Hampshire Avenue, N.W.
>Washington, DC  20036
>(202) 887-4000 (telephone)
>(202) 887-4288 (facsimile)
>Email: tlynam@akingump.com
>
>*Counsel for Hanan Al Sharaf*